```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

FIRST MACEDONIA MISSIONARY
BAPTIST CHURCH, INC.,

    Plaintiff,

v.                         Case No: 2:22-cv-728-JES-NPM

STARSTONE SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____

## ORDER

On May 15, 2023, the Court entered an Order (Doc. #26) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of June 2023.

                                                    JOHN E. STEELE
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record